## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILDRED DUZANSON-BAPTISTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | Case No. 3:23-cv-2417-MAR-RLS |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mildred Duzanson-Baptiste ("Plaintiff") and Defendant Bank of America Corporation ("Defendant"), through their respective counsel, hereby stipulate that all of Plaintiff's claims against Defendant in the above-captioned action shall be, and hereby are, dismissed with prejudice, and that the action is dismissed, with each party bearing its own costs and attorney's fees, and Plaintiff having waived all rights of appeal.

**STIPULATED AND AGREED:**

By: _____
Raymond Audain
Catherine E. Anderson
Jason L. Solotaroff
GISKAN SOLOTAROFF &
ANDERSON, LLP
~~90 Broad Street, Second Floor~~
~~New York, New York 10004~~
Telephone: (646) 835-0773
raudain@gslawny.com
1 Rockefeller Plaza
8th floor
NY NY 10020

By: _____
Thomas A. Linthorst
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540
Telephone: (609) 919-6600
thomas.linthorst@morganlewis.com

Samuel Shaulson

1

canderson@gslawny.com
jsolotaroff@gslawny.com

*Counsel for Plaintiff*

Dated: May 7, 2025

Lucas D. Hakkenberg
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
sam.shaulson@morganlewis.com
lucas.hakkenberg@morganlewis.com

Anna K. Perocchi
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, Massachusetts 02110
Telephone: (617) 341-7904
anna.perocchi@morganlewis.com

*Counsel for Defendant*

Dated: May 6, 2025

**So Ordered this 13th day of May 2025**

_____
**Honorable Michael A. Shipp, U.S.D.J.**